IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Pollinger,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a Federal Corporation, GREGORY COLLIER, C. SHERWOOD, and R. A. MITCHELL,<br><br>                Defendants. | Case No. 06-cv-01885-CKK<br><br><br><br>**PROOF OF SERVICE** |

I, Harry Pollinger, certify that on November 13, 2006 I effected service on the GREGORY COLLIER, in his official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A) by mailing a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed as follows:

**Gregory Collier**
c/o U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530

Certified Mail No. 7005 1160 0003 2839 2162

The above-referenced documents were delivered on November 20, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, on November 13, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> Gregory Collier
> **c/o U.S. Attorney General**
> U. S. Department of Justice
> 950 Pennsylvania Ave NW
> Washington D.C. 20530-0001
> Certified Mail No. 7005 1160 0003 2839 2179

which was <u>returned as undeliverable</u> as addressed (see **Exhibit B**).

Additionally, on November 13, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> **Gregory Collier**
> Area 5, SB/SE Lien Unit
> 125 W Romana St, Suite 300
> Pensacola FL 32502
> Certified Mail No. 7005 1160 0003 2839 2186

The above-referenced documents were delivered on November 14, 2006 (see **Exhibit C** for USPS Track & Confirm for proofs of delivery).

Further, on December 1, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> **U.S. Attorney General**
> Attn: Civil Process
> 950 Pennsylvania Ave NW
> Washington D.C. 20530-0001
> Certified Mail No. 7006 2760 0001 4761 7521

The Summons and Complaint were delivered on December 6, 2006 (see **Exhibit D** for USPS Track & Confirm for proofs of delivery).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Dated this _15_ day of December- 2006.

<div style="text-align: right;">
*Harry Pollinger*
Harry Pollinger
c/o PO Box 6577
Destin, Florida [32550]
</div>

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General marked as undeliverable
**Exhibit C**: USPS Track & Confirm delivery to Gregory Collier
**Exhibit D**: USPS Track & Confirm delivery to U.S. Attorney General



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2162**
Detailed Results:

- Delivered, November 20, 2006, 4:53 am, WASHINGTON, DC 20530
- Notice Left, November 19, 2006, 7:25 am, WASHINGTON, DC 20530
- Arrival at Unit, November 19, 2006, 3:50 am, WASHINGTON, DC 20022
- Acceptance, November 13, 2006, 12:47 pm, MIRAMAR BEACH, FL 32550

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2179**
Detailed Results:

- **Undeliverable as Addressed, November 25, 2006, 10:33 am, MIRAMAR BEACH, FL 32550**
- **Forwarded, November 21, 2006, 10:42 am, WASHINGTON, DC**
- **Forwarded, November 20, 2006, 10:52 am, WASHINGTON, DC**
- **Notice Left, November 15, 2006, 10:46 am, WASHINGTON, DC 20530**
- **Notice Left, November 15, 2006, 10:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 15, 2006, 10:34 am, WASHINGTON, DC 20022**
- **Acceptance, November 13, 2006, 12:48 pm, MIRAMAR BEACH, FL 32550**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



| EXHIBIT | PAGE | of |
|---|---|---|
| B | 1 | 1 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7005 1160 0003 2839 2186**
Detailed Results:
- **Delivered, November 14, 2006, 9:50 am, PENSACOLA, FL 32502**
- **Acceptance, November 13, 2006, 12:52 pm, MIRAMAR BEACH, FL 32550**

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS      site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| C | 1 | 1 |


Case 1:06-cv-01885-CKK    Document 2    Filed 12/18/2006    Page 7 of 7



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0001 4761 7521**
Detailed Results:

- **Delivered, December 06, 2006, 4:49 am, WASHINGTON, DC 20530**
- **Notice Left, December 06, 2006, 3:33 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 06, 2006, 3:21 am, WASHINGTON, DC 20022**
- **Acceptance, December 01, 2006, 10:32 am, MIRAMAR BEACH, FL 32550**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.



( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved.  Terms of Use    Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| D | 1 | 1 |