IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Pollinger, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, a Federal Corporation, GREGORY COLLIER, C. SHERWOOD, and R. A. MITCHELL, <br><br> Defendants. | Case No. 06-cv-01885-CKK <br><br> **PROOF OF SERVICE** |

I, Harry Pollinger, certify that on November 13, 2006 I effected service on the C. SHERWOOD in her official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A) by mailing a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed as follows:

C. Sherwood
c/o U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530

Certified Mail No. 7005 1160 0003 2839 2193

The above-referenced documents were delivered on November 20, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, on November 13, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

1

    **C Sherwood**
c/o U.S. Attorney General
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001

    Certified Mail No. 7005 1160 0003 2839 2209

which was returned as missent, November 24, 2006 (see **Exhibit B**)

    Additionally, on November 13, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

    **C Sherwood**
Director of Collection Policy
IRS Nat'l Headquarters
5000 Ellin Road
Lanham, MD 20706
Certified Mail No. 7005 1160 0003 2839 2216

    The above-referenced documents were delivered on November 15, 2006 (see **Exhibit C** for USPS Track & Confirm for proofs of delivery).

    Further, on December 5, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

    **U.S. Attorney General**
**Attn: Civil Process**
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7006 2760 0001 4761 7545

    The above-referenced documents were delivered on December 7, 2006 (see **Exhibit D** for USPS Track & Confirm for proofs of delivery).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Dated this _15_ day of December 2006.

*Harry Pollinger*
Harry Pollinger
c/o PO Box 6577
Destin, Florida [32550]

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General labeled missent
**Exhibit C**: USPS Track & Confirm delivery to C Sherwood
**Exhibit D**: USPS Track & Confirm delivery to U.S. Attorney General



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2193**
Detailed Results:

- Delivered, November 20, 2006, 4:53 am, WASHINGTON, DC 20530
- Notice Left, November 19, 2006, 7:25 am, WASHINGTON, DC 20530
- Arrival at Unit, November 19, 2006, 3:51 am, WASHINGTON, DC 20022
- Acceptance, November 13, 2006, 12:53 pm, MIRAMAR BEACH, FL 32550

( < Back )   ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.



( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2209**
Detailed Results:

- **Missent, November 24, 2006, 1:40 am**
- **Forwarded, November 20, 2006, 10:52 am, WASHINGTON, DC**
- **Notice Left, November 15, 2006, 10:46 am, WASHINGTON, DC 20530**
- **Notice Left, November 15, 2006, 10:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 15, 2006, 10:34 am, WASHINGTON, DC 20022**
- **Acceptance, November 13, 2006, 12:54 pm, MIRAMAR BEACH, FL 32550**

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > ) 

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 1 | 1 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2216**
Detailed Results:
- Delivered, November 15, 2006, 12:07 pm, LANHAM, MD 20706
- Arrival at Unit, November 15, 2006, 9:02 am, LANHAM, MD 20706
- Acceptance, November 13, 2006, 12:55 pm, MIRAMAR BEACH, FL 32550

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.



( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| C | 1 | 1 |



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0001 4761 7545**
Detailed Results:

- **Delivered, December 07, 2006, 11:03 am, WASHINGTON, DC 20530**
- **Notice Left, December 07, 2006, 10:48 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 07, 2006, 10:41 am, WASHINGTON, DC 20022**
- **Acceptance, December 05, 2006, 9:49 am, MIRAMAR BEACH, FL 32550**

( < Back )                ( Return to USPS.com Home > )

**Track & Confirm** 

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| D | 1 | 1 |