IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Pollinger,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a Federal Corporation, GREGORY COLLIER, C. SHERWOOD, and R. A. MITCHELL,<br><br>       Defendants. | Case No. 06-cv-01885-CKK<br><br>PROOF OF SERVICE |

I, Harry Pollinger, certify that on November 13, 2006 I effected service on the RA MITCHELL in her official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A) by mailing a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed as follows:

R A Mitchell
c/o U.S. Attorney's Office
**Attn: Civil Process Clerk**
555 4th Street, NW
Washington D.C. 20530

Certified Mail No. 7005 1160 0003 2839 2230

The above-referenced documents were delivered on November 15, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, on November 13, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> R A Mitchell
> **c/o U.S. Attorney General**
> U. S. Department of Justice
> 950 Pennsylvania Ave NW
> Washington D.C. 20530-0001
>
> Certified Mail No. 7005 1160 0003 2839 2254

which was returned as missent, November 24, 2006 (see **Exhibit B)**

Additionally, on November 13, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> R. A. Mitchell
> Director of Campus Compliance
> Internal Revenue Service
> PO Box 145585, Stop 8420G
> Cincinnati, OH 45250-5585
> Certified Mail No. 7006 2760 0001 4761 7514

The above-referenced documents were delivered on November 15, 2006 (see **Exhibit C** for USPS Track & Confirm for proofs of delivery).

Further, on December 2, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> U.S. Attorney General
> **Attn: Civil Process**
> 950 Pennsylvania Ave NW
> Washington D.C. 20530-0001
> Certified Mail No. 7006 2760 0001 4761 7538

The above-referenced documents were delivered on December 7, 2006 (see **Exhibit D** for USPS Track & Confirm for proofs of delivery).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Dated this _15_ day of December 2006.

*Harry Pollinger*
Harry Pollinger
c/o PO Box 6577
Destin, Florida [32550]

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General labeled missent
**Exhibit C**: USPS Track & Confirm delivery to RA Mitchell
**Exhibit D**: USPS Track & Confirm delivery to U.S. Attorney General



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2230**
Detailed Results:

- **Delivered, November 15, 2006, 10:52 am, WASHINGTON, DC 20530**
- **Notice Left, November 15, 2006, 10:46 am, WASHINGTON, DC 20530**
- **Notice Left, November 15, 2006, 10:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 15, 2006, 10:34 am, WASHINGTON, DC 20022**
- **Acceptance, November 13, 2006, 12:56 pm, MIRAMAR BEACH, FL 32550**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.
_____
( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2254**
Detailed Results:

- **Missent, November 24, 2006, 1:40 am**
- **Forwarded, November 20, 2006, 10:50 am, WASHINGTON, DC**
- **Notice Left, November 15, 2006, 10:46 am, WASHINGTON, DC 20530**
- **Notice Left, November 15, 2006, 10:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 15, 2006, 10:35 am, WASHINGTON, DC 20022**
- **Acceptance, November 13, 2006, 12:58 pm, MIRAMAR BEACH, FL 32550**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

 ( < Back )       ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 1 | 1 |



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0001 4761 7514**
Detailed Results:

- **Delivered, November 17, 2006, 5:52 am, CINCINNATI, OH 45250**
- Arrival at Pick-Up-Point, November 16, 2006, 9:20 am, CINCINNATI, OH 45250
- Arrival at Unit, November 16, 2006, 9:16 am, CINCINNATI, OH 45250
- Acceptance, November 13, 2006, 12:57 pm, MIRAMAR BEACH, FL 32550

[ < Back ]        [ Return to USPS.com Home > ]

**Track & Confirm** 
Enter Label/Receipt Number.

[         ]
( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| C | 1 | 1 |



Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0001 4761 7538**
Detailed Results:

- **Delivered, December 07, 2006, 11:03 am, WASHINGTON, DC 20530**
- **Notice Left, December 07, 2006, 10:48 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 07, 2006, 10:41 am, WASHINGTON, DC 20022**
- **Acceptance, December 02, 2006, 12:18 pm, MIRAMAR BEACH, FL 32550**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS         site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | OF |
|---|---|---|
| D | 1 | 1 |