IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Pollinger,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a Federal Corporation, GREGORY COLLIER, C. SHERWOOD, and R. A. MITCHELL,<br><br>　　　　　Defendants. | Case No. 06-cv-01885-CKK<br><br>**PROOF OF SERVICE** |

I, Harry Pollinger, certify that on <u>November 13, 2006</u> I effected service on the UNITED STATES OF AMERICA, pursuant to Fed.R.Civ.P. Rule 4(i), by mailing a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed as follows:

　United States of America
　c/o U.S. Attorney's Office
　**Attn: Civil Process Clerk**
　555 4th Street, NW
　Washington D.C. 20530

Certified Mail No. 7005 1160 0003 2839 2247

The Summons and Complaint were delivered on November 15, 2006 (see **Exhibit A** for USPS Track & Confirm for proof of delivery).

Additionally, on <u>November 13, 2006</u>, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

1

Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

>UNITED STATES OF AMERICA
>**c/o U.S. Attorney General**
>U. S. Department of Justice
>950 Pennsylvania Ave NW
>Washington D.C. 20530-0001
>Certified Mail No. 7005 1160 0003 2839 2155

The above listed documents were delivered on November 20, 2006 (see **Exhibit B** for USPS Track & Confirm for proof of delivery).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Dated this _15_ day of December, 2006.

>*Harry Pollinger* (signature)
>Harry Pollinger
>c/o PO Box 6577
>Destin, Florida [32550]

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2247**
Detailed Results:

- **Delivered, November 15, 2006, 10:52 am, WASHINGTON, DC 20530**
- **Notice Left, November 15, 2006, 10:46 am, WASHINGTON, DC 20530**
- **Notice Left, November 15, 2006, 10:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 15, 2006, 10:34 am, WASHINGTON, DC 20022**
- **Acceptance, November 13, 2006, 12:44 pm, MIRAMAR BEACH, FL 32550**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 2839 2155**
Detailed Results:

- **Delivered, November 20, 2006, 4:53 am, WASHINGTON, DC 20530**
- **Notice Left, November 19, 2006, 7:25 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 19, 2006, 3:51 am, WASHINGTON, DC 20022**
- **Acceptance, November 13, 2006, 12:45 pm, MIRAMAR BEACH, FL 32550**

**Track & Confirm**
Enter Label/Receipt Number.

< Back        Return to USPS.com Home >        Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

   POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy   

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 1 | 1 |