IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY POLLINGER, ) | |
| ) | |
| Plaintiff, ) | No. 1:06-cv-01885(CKK) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendants in the above-captioned proceeding.

DATED: March 2, 2007.

                                                          Respectfully submitted,

                                                          /s/ Beatriz T. Saiz
                                                          BEATRIZ T. SAIZ
                                                          Trial Attorney, Tax Division
                                                          U.S. Department of Justice
                                                          P.O. Box 227
                                                          Ben Franklin Station
                                                          Washington, DC 20044
                                                          Phone/Fax: (202) 307-6585/514-6866
                                                          Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on March 2, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>
> Harry Pollinger
> P.O. Box 6577
> Destin, FL 32550

>
>         /s/ Beatriz T. Saiz
>        BEATRIZ T. SAIZ