UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY POLLINGER,

Plaintiff,

v.

UNITED STATES, *et al.*,

Defendants.

Civil Action No. 06–1885 (CKK)

**ORDER**
(March 6, 2007)

On March 2, 2007, Defendants filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise the Plaintiff that he must respond to Defendants' Motion to Dismiss no later than March 26, 2007. If Plaintiff does not respond, the Court will treat the motion as conceded and dismiss Plaintiff's Complaint.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge