Harry Pollinger
c/o  PO Box 6577
Destin, Florida [32550]
(850) 376-6088

Plaintiff, in *pro se*

RECEIVED
MAR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Pollinger,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, a Federal Corporation, GREGORY COLLIER, C. SHERWOOD, R. A. and MITCHELL,<br><br>　　　　　Defendants. | Case No. 06-cv-01885-CKK<br><br>**REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Fed.R.Civ.P 6(b) |

Comes now Harry Pollinger, Plaintiff in the above-referenced matter, pursuant to Fed.R.Civ.P. 6(b) requests an enlargement of time to respond to Defendants' motion to dismiss for the following good cause as:

1. Plaintiff has never requested an extension of time in this action.

2. Plaintiff is not an attorney and currently has no counsel or legal assistance.

3. Because of the complexity of the Defendants' motion to dismiss, especially the memorandum of points and authorities in support, much research must be done not only in federal procedures, but also researching case law to prepare a adequate answer to said motion, which must also have a supporting memorandum of points and authorities.

4.   Plaintiff has been working hard in his research, but needs an extension of time to respond properly prepare his response to the motion and points and authorities.

**WHEREFORE**, Harry Pollinger requests a 30-day extension of time to respond to Defendants' motion to dismiss and memorandum of points and authorities.

Respectfully submitted.

On this  17   day of March 2007

                                                      /s/ Harry Pollinger
                                                      Harry Pollinger, Plaintiff

## CERTIFICATE OF SERVICE

I Harry Pollinger, certify that on March 17, 2007, I served a copy of the above Request for Enlargement of Time to Answer Complaint and Order on the following parties:

Beatriz T. Saiz, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 227
Washington, DC 20044

                                                      /s/ Harry Pollinger
                                                      Harry Pollinger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Pollinger, | ) | |
| | ) | Case No. 06-cv-01885-CKK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, a Federal | ) | |
| Corporation, GREGORY COLLIER, C. | ) | |
| SHERWOOD, R. A. and MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of Plaintiff's request for enlargement of time, having been properly served upon Defendants, and for good cause, **IT IS HEREBY ORDERED** that Plaintiff's request for enlargement is **GRANTED**. Harry Pollinger shall file his response to Defendants' motion to dismiss and memorandum of points and authorities within 30 days from the date of this Order. Dated:

_____
U.S. District Court of Judge