IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Harry Pollinger,                      )
                                      )   Case No. 06-cv-01885-CKK
            Plaintiff,                )
                                      )
    vs.                               )   ORDER
                                      )
UNITED STATES OF AMERICA, a Federal   )
Corporation, GREGORY COLLIER, C.      )
SHERWOOD, R. A. and MITCHELL,         )
                                      )
            Defendants.               )

Upon review of Plaintiff's request for enlargement of time, ~~having been properly served upon Defendants~~, and for good cause, **IT IS HEREBY ORDERED** that Plaintiff's request for enlargement is **GRANTED**. Harry Pollinger shall file his response to Defendants' motion to dismiss and memorandum of points and authorities *no later than April 20, 2007.* ~~within 30 days from the date of this Order.~~ *No further extensions*

Dated: *March 21, 2007*

_____
U.S. District Court of Judge