Harry Pollinger
c/o PO Box 6577
Destin, Florida [32550]
(850) 376-6088

Plaintiff, in *pro se*

**RECEIVED**

APR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Harry Pollinger,                    )
                                    )        Case No.  06-cv-01885-CKK
                    Plaintiff,      )
                                    )
        v.                          )   **AFFIDAVIT IN SUPPORT OF RESPONSE**
                                    )   **TO DEFENDANT'S MOTION TO DISMISS**
UNITED STATES OF AMERICA, a Federal )
Corporation, GREGORY COLLIER, C.    )        Mandatory Judicial Notice
SHERWOOD, R. A. and MITCHELL,       )        Fed.R.Evid. 201(d)
                                    )
                    Defendants.     )        Affidavit of Harry Pollinger
_____)

1.  Harry Pollinger declares and states as follows:

2.  I am the Plaintiff (hereinafter referred to as "Affiant") in the above entitled action and competent to testify to the facts stated herein to wit:

3.  That all statements made within this affidavit are true and correct not meant to mislead;

4.  That Harry Pollinger exists as conscious, thinking, living, breathing, flesh and blood sentient being– NOT a statutory person, person, natural person, artificial person, individual, citizen, corporation, entity, or any other sub-status, fourth class citizen *ens legis* creation of any government, federal, state, local or otherwise.

5.  That Harry Pollinger is unschooled in law, not an attorney or bar association member, and is attempting to dispose of this action to the best of his ability with reliance upon your statutes, codes, rules and regulations, including those established by the Constitution of the United States of America, United States Congress, and the United States Supreme Court.

6. Affiant herein submits into evidence "Exhibits A through E" (consisting of 16 pages) and demands this Court take mandatory judicial notice of adjudicative facts pursuant Fed.R.Evid. 201(d) and pursuant to 1 U.S.C. § 204(a), which states in pertinent part: *"The matter set forth in the edition of the Code of Laws of the United States current at any time shall . . . establish prima facie the laws of the United States . . ."* and deem said Exhibits admitted.

7. That on or about September 28, 2005 or soon thereafter, Affiant exhausted his administrative remedies when Affiant served Defendant GREGORY COLLIER, C. SHERWOOD and numerous pertinent departments of the Internal Revenue Service, including the **Area Director** (at PO Box 17167, M/S 5700, Fort Lauderdale, Florida 33324 – Certified Mail No. 7004 2890 0001 9662 3759), plus Senators BILL NELSON and MEL MARTINEZ a recorded "Notice and Demand to Issue Certificate of Release for Notice of Federal Tax Lien" with an affidavit and exhibits attached demanding the release of the Notices of Federal Tax Liens filed for tax years 2000 and 2001; including a "Form 12661 – Disputed Issue Verification," a "Form 843 – Claim for Abatement of Penalties," a "Form 12277 – Application for Withdrawal of Filed Notice of Federal Tax Lien," and a **"Form 9423 – Collection Appeals Request,"** which resulted in <u>no response</u> from the **Area Director** and seven (7) other IRS officials/offices petitioned for such release, with the exception of GREGORY COLLIER and DENNIS L. PARIZEK (see **Exhibit "A"**), and Senators BILL NELSON and MEL MARTINEZ (see **Exhibit "E"**).

7. That on or about September 13, 2005, Thomas M. Owens, Settlement Officer sent Affiant a letter regarding the collection due process, Levy, and extending the collection due process hearing until October 5, 2005 for time to send any additional information before the determination would be made (see **Exhibit "B"**).

8. That on or about October 3, 2005 or soon thereafter, Affiant served THOMAS M. OWENS, Appeals Settlement Officer, a recorded "Notice and Affidavit of Facts and Correspondence to Collection Due Process" stating Affiant's legal position pursuant to Federal statutes, case law, and the Internal Revenue Code (see **Exhibit C**).

9. That on or about October 21, 2005 or soon thereafter, Affiant served Defendant a "Notice and Demand for Abatement of Alleged Federal Income Tax Liability" responding the Defendant's Notice CP 504, which included a "Form 843 – Claim for Abatement of Penalties" and a "Form 12661 – Disputed Issue Verification" that were mailed to the Area Director (at PO Box 17167, M/S 5700, Fort Lauderdale, Florida 33324 – Certified Mail No. 7004 1350 0003 5907 9010) and three (3) other IRS officials/offices (see **Exhibit "D"**).

10. That Affiant even petitioned the United States Congress for assistance and received responses from U.S. Senator BILL NELSON dated November 10, 2005 and January 5, 2006, that resulted in a response from the Taxpayer Advocate Nadya Farah (signing for Belinda A. Revel-Addis), but no resolution of the issues and concerns raised by Affiant.

11. That Affiant received a Notice of Determination and Decision Letter from Appeals Manager EDD ESTERLING dated October 18, 2005, making the biased and prejudicial determination that the action of the Defendants regarding the seizure would be sustained - and, of course, did not refute any of the violations of the internal revenue laws committed by Defendants (see **Exhibit "E"**).

12. That Affiant's attempt to resolve this matter has been absolutely futile. During the entire administrative process the Defendants have made their hard-line position clear and that they are <u>not</u> obliged to following any internal revenue laws or procedural requirements –

committing only to the seizure and taking of Affiant's personal property to which they believe they have a superior claim.

13. That the record reflects that Affiant has demonstrated he filed a proper administrative claim for damages with the Internal Revenue Service Area Director in Florida, proving that Affiant exhausted his administrated remedies, the United States effectively waved its sovereign immunity and the Court's subject matter jurisdiction is ceded over the United States Defendant, if not all other officers therein named. Further, Affiant has successfully stated a "Quiet Title Claim" under 28 U.S. § 2410 and has ceded the Court's jurisdiction over injunctive and declaratory relief pursuant 26 U.S.C. § 7421(a); therefore, Defendants' motion to dismiss the complaint must be denied.

I, Harry Pollinger, declare under penalty of perjury that the exhibits enumerated herein are true unaltered copies of original and copies to the best of my knowledge and belief. That all deleted sections made by me have been done so pursuant to the Privacy Act at 5 U.S.C.§ 552(b)(6).

Respectfully submitted,

## VERIFICATION

I, Harry Pollinger, declare under penalty of perjury under the laws of the United States of (North) America that the foregoing is true and correct. All rights retained without recourse.

On this __17__ day of April 2007

/s/ _Harry Pollinger_
Harry Pollinger/Affiant

## NOTARY ACKNOWLEDGMENT

State of Florida        )

                        ) subscribed and sworn

County of WALTON )

On this 17TH day, of _____April_____, 2007, Harry Pollinger personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument and who did take an Oath.

Witness my hand and official seal.

_____
Signature of Notary

JIMMY L ROHN
Notary Public, State of Florida
My comm. exp. Nov. 9, 2009
Comm. No. DD 489464

My Commission Expires: _Nov 9, 2009_

**ATTACHMENTS:**

**Exhibit A:** Notice and Demand to Issue Certificate of Release of Notice of Federal Tax Lien, with Form 12661 – Disputed Issue Verification, Form 843 – Claim for Abatement of Penalties, Form 12277 – Application for Withdrawal of Filed Notice of Federal Tax Lien, and Form 9423 – Collection Appeals Request (8 pages)

**Exhibit B:** Collection Due Process Hearing extension letter (1 page)

**Exhibit C:** Notice and Affidavit of Facts to Collection Due Process Hearing (2 pages)

**Exhibit D:** Notice and Demand for Abatement of Alleged Federal Income Tax Liability with Form 843 – Claim for Abatement and Form 12261 – Disputed Issue Verification (5 pages)

**Exhibit E:** Response letters from Senators Bill Nelson and Mel Martinez (2 pages)

**EXHIBIT "A"**
Notice and Demand to Issue Certificate of Release of Notice of Federal Tax Lien
with Form 12661 – Disputed Issue Verification, Form 843 – Claim for Abatement of
Penalties, Form 12277 – Application for Withdrawal of Filed Notice of Federal Tax Lien,
and  Form 9423 – Collection Appeals Request
(8 pages)

Instr # 2265498
BK: 2654 PG:4569,Page 1 of 101
Recorded 09/28/2005 at 01:02 PM,
RECORDING: $456.00 RECORDING ARTICLE V: $404.00

DEPUTY CLERK BHILL
DON W. HOWARD,CLERK OF COURTS, OKALOOSA COUNTY, FL

Return to:
Harry Pollinger
c/o PO Box 6577
Destin, Florida [PZ 32550]

_____ (Space above the line for recording data)_____

## NOTICE AND DEMAND TO ISSUE CERTIFICATE
## OF RELEASE FOR NOTICE OF FEDERAL TAX LIEN

State of Florida     )
              ) ss:
County of **OKALOOSA** )

**NOTICE IS HEREBY GIVEN**: Harry Pollinger, on this _28_ day of _SEPTEMBER_
2005, officially records this Notice and Demand titled "Notice and Demand to Issue Certificate
of Release for Notice of Federal Tax Lien" extinguishing the appearance of attachments to
Affiant's property regarding the fraudulent Notice of Federal Tax Lien that is Barred by the
Statute of Limitations on Assessments pursuant to 26 U.S.C. § 6501, in violation of 26 U.S.C. §
83 – Property Transferred in connection with the Performance of Services and in violation of the
Constitution for the United States of America at Article I, § 9 Clause 3, and Article I, § 10,
Clause 1, stating in part: "No Bill of Attainder . . . shall ever pass." "*A bill of attainder is a
legislative act which applies to named individuals or to easily ascertained members of a group
in such a way as to inflict punishment on them without judicial trial. United States v. Brown*,
381 U.S. 437, 14 L. Ed. 2d 484, 85 S. Ct. 1707 (1965), In order to be termed a bill of attainder, a
law must: (1) specify the affected persons; (2) impose punishment; and (3) lack a judicial trial.
*Selective Serv. Sys. v. Minn. Pub. Interest Research Group*, 468 U.S. 841, 847 (1984).
Additionally, pursuant to 28 U.S.C. § 3201(a), C. Sherwood and Revenue Officer Gregory
Collier are in violation of law and failed to obtain the required "Abstract of Judgment" secured
by a judicial action under 26 USC § 7403(a) and (c). Please be advised that an active
investigation regarding the aforementioned violations—pending a lawsuit—is in effect until such
time settlement and closure of this disputed, administrative, non-judicial inchoate instrument has
been removed and the property *replevied*.

This constructive notice and verified compliant are conditional acceptances and specific negative averments under the protection of the Joint Committee on Taxation - 109th Congress, Equal Access to Justice Act, IRS Restructuring and Reform Act of 1998 § 1203 – Treasury Directive 8980 effective January 18, 2002 and the Administrative Procedures Act at 5 U.S.C. § 552 et. seq., regarding Department of the Treasury Internal Revenue Service Form 668(Y)(c). Affiant states under penalty of perjury under the laws of the State of Florida and upon oath and affirmation the following statements herein are true and correct.

Harry Pollinger, hereinafter referred to as "Affiant," is in possession of a "Notice of Federal Tax Lien" appearing to attach to Affiant's property rights claiming an alleged liability in the amount of $14,125.65 for tax periods ending 12/31/2000 and 2001 (See **Exhibit A**). Affiant is not aware of any federal tax liability that exists and presents IRS Form 843 demanding Service employees abate this alleged claim due to the aforementioned violations. Affiant does not wish to be in violation of the internal revenue laws or the income tax laws, but seeks to extinguish your determination that Affiant has a federal income tax liability.

## I.
## AGENCY MUST ACKOWLEDGE CORRESPONDENCE WITHIN 10 DAYS:

**SERVICE EMPLOYEE(S) CORRESPONDENCE REQUIREMENTS:** Although Affiant has timely and in good faith responded to every notice received from the IRS regarding issues of an alleged liability, Service employee(s) have refused to respond or answer Affiant in any manner. Therefore, the following regulations are referenced to insure that the employee(s) reading this response, remain in compliance with the rules and regulations passed by Congress at 26 U.S.C. §§ 7214, 7432, 7433 et. seq., and the IRS Restructuring and Reform Act of 1998, 26 U.S.C. § 7804, §§ 1203 Termination of Employment For Misconduct. (b)(1) "*wilful failure to obtain the required approval signatures on documents* (2) *providing a false statement under oath* (A) *any rights under the Constitution of the United States and numerous other violations;*" and other Acts of Congress as herein proscribed (See **Exhibit B**).

**ADMINISTRATIVE PROCEDURES ACT**: pursuant to 5 U.S.C. § 552a. Records maintained on individuals. (d) **Access to Records** — Each agency that maintains a system of records shall— (1) *upon request by any individual to gain access to his record or to any information pertaining to him which is contained in the system, permit him and upon his request,* a person of his own choosing to accompany him, to review the record and have a copy made of all or any portion thereof in a form comprehensible to him, except that the agency may require the individual to furnish a written statement authorizing discussion of that individual's record in the accompanying person's presence;
(2) *permit the individual to request amendment of a record pertaining to him and—*
(A) *not later than 10 days* (excluding Saturdays, Sundays, and legal public holidays) *after the date of receipt of such request, acknowledge in writing such receipt*; and (B) promptly, either—
(i) *make any correction of any portion thereof which the individual believes is not accurate, relevant, timely, or complete*; or (ii) *inform the individual of its refusal to amend the record in accordance with his request, the reason for the refusal,*

receipt of Affiant's correspondence and/or Letter 2358C notifying Affiant that this account is resolved.

I, Harry Pollinger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1), that this document was prepared by me and I believe the above to be true and correct to the best of my knowledge, understanding.

Signature: _Harry Pollinger_

Harry Pollinger, Affiant

State of Florida        )
                        ) ss:
County of _Walton_      )

I certify on this _28th_ day of _September_, 2005 that I know or have satisfactory evidence that Harry Pollinger is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Witness my hand and official seal:



STEPHANIE C GONZALES
Notary Public - State of Florida
My Commission Expires Feb 22, 2009
Commission # DD 398981
Bonded By National Notary Assn.

_____ Signature of Notary

My Commission Expires: _Feb. 22, 2009_

**INCLUSIONS:**

IRS Form 12661 – **Disputed Issue Verification**
IRS Form 843 – **Claim for Refund and Request for Abatement**
IRS Form 12277 – **Application for Withdrawal of Filed Form 668(Y)**
IRS Form 9423 – **Collection Appeal Request**

**ATTACHMENTS:**

**EXHIBIT A:** IRS FORM 668(Y)(c)/CERTIFICATE OF OFFICIAL RECORD
**EXHIBIT B:** Correspondence Requirements of Public Officials
**EXHIBIT C:** Federal Rules of Evidence (Moore's Federal Rules Pamphlet)
**EXHIBIT D:** 26 U.S.C. §§ 7214, 7432 and 7433 – Civil Damages for Misconduct
**EXHIBIT E:** 26 U.S.C. § 6020(b), IRM 5.1.11.9 IRC 6020(b) Authority
**EXHIBIT F:** 26 CFR § 1.83-1- Property Transferred in Connection with the Performance of Services & Applicable Regulations, 26 USC § 1.212-1(a)(1) and (2), 26 USC § 1.1001-1
**EXHIBIT G:** 26 CFR § 602.101 – Office of Management and Budget
**EXHIBIT H:** IRS Penalty Assessment Manual (20)120-(20)-124: Purpose of Penalties

Mail to:

**Department of the Treasury**
Secretary of the Treasury: John Snow
Office of the Secretary
1500 Pennsylvania Ave. N.W
Washington D.C. 20220
Certified Mail #: 7004 2890 0001 9662 3704

**TIGTA**
PO Box 589
Ben Franklin Station
Washington, DC 20044-0589
Certified Mail #: 7004 2890 0001 9662 3711

**Department of the Treasury**
Internal Revenue Service
PO Box 17167
FT Lauderdale, FL 33324
Certified Mail #: 7004 2890 0001 9662 3728

**Joint Committee on Taxation**
Attn: George Yin, Chief of Staff
1015 Long Worth Bldg
Washington, DC 20515
Certified Mail #: 7004 2890 0001 9662 3735

**Department of the Treasury**
**Commissioner of Internal Revenue**
Mark Everson
'111 Constitution Ave NW
ırk Everson
Washington D.C. 20224
Certified Mail #: 7004 2890 0001 9662 3742

**Department of the Treasury**
Internal Revenue Service
Area Director, Chief Special Procedures
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 2890 0001 9662 3759

**Department of the Treasury**
Internal Revenue Service
Office of the Taxpayer Advocate
1111 Constitution Avenue N. W.
Washington D.C. 20224
Certified Mail #: 7004 2890 0001 9662 3766

**Department of the Treasury**
Internal Revenue Service
Technical Service Group Manager
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 2890 0001 9662 3773

**The Honorable Mel Martinez**
United States Senate
317 Hart Senate Office Building
Washington, D.C. 20510
Certified Mail #. 7004 2890 0001 9662 3780

**The Honorable Bill Nelson**
United States Senate
716 Hart Senate Office Building
Washington, D.C. 20510
Certified Mail #. 7004 2890 0001 9662 3797

**Department of the Treasury**
Internal Revenue Service
Attn: GREGORY COLLIER
125 W. Romana Street
Pensacola, FL 32502-5848
Certified Mail #. 7004 2890 0001 9662 3636

| Form **12661**<br>(September 2000) | Department of the Treasury - Internal Revenue Service<br><br>## Disputed Issue Verification |
|---|---|

Taxpayer name

### Harry Pollinger

| Tax period<br><br>**12/31/2000 and 2001** | Social Security Number<br><br>EXEMPT (b)(6) |
|---|---|

**Instructions for completing disputed issues**

Please complete a separate block for each issue or adjustment with which you disagree.

Attach photocopies of supporting information for each issue or adjustment marked.  Number the supporting information with the same number as its disputed issue.  If you need additional blocks, photocopy additional sheets and number accordingly.

**1. Disputed issue or adjustment**

## Mathematical & Accounting Errors Regarding Liability

Reason why you disagree with the audit results

## See:  Notice and Demand... w/Affidavit and Exhibits

| Amount claimed on original return<br><br>### SFR filed by RO | Amounts allowed on Audit report<br><br>**?** |
|---|---|

**2. Disputed issue or adjustment**

Reason why you disagree with the audit results

| Amount claimed on original return | Amounts allowed on Audit report |
|---|---|

**3. Disputed issue or adjustment**

Reason why you disagree with the audit results

| Amount claimed on original return | Amounts allowed on Audit report |
|---|---|

---

**Do not send original documents — Send photocopies only**

---

*Harry Pollinger*                                                    *9-28-05*

**Privacy Act Notice**

The Privacy Act of 1974 says that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law. This notice applies to tax returns and any papers filed with them. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 and its regulations say that you must show your social security number or individual taxpayer identification number on what you file.

Form **12661** (9-2000)          Catalog Number 29360J          www.irs.gov          Department of the Treasury-Internal Revenue Service

Form **843**
(Rev. November 2002)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do **not** use Form 843 if your claim is for—
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name of claimant **Harry Pollinger** | Your SSN or ITIN **EXEMPT (b)(6)** |
| Address (number, street, and room or suite no.) **c/o PO box 6577** | Spouse's SSN or ITIN : **N/A** |
| City or town, state, and ZIP code **Destin, Florida 32550** | Employer identification number (EIN) : **N/A** |
| Name and address shown on return if different from above **N/A** | Daytime telephone number ( ) **N/A** |

| | |
|---|---|
| **1** Period. Prepare a separate Form 843 for each tax period From **12 / 31 / 1999** to **12 / 31 / 2000** | **2** Amount to be refunded or abated $ **4,243.04 (Abatement)** |

**3a** Type of tax, penalty, or addition to tax:
☐ Employment  ☐ Estate  ☐ Gift  ☑ Excise (see instructions)
☑ Penalty—IRC section ▶ **6651 & 6601**

**b** Type of return filed (see instructions):
☐ 706  ☐ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☑ Other (specify) **SFR**

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☑ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **N/A**

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

(See Attached Recorded Notice and Demand w/Affidavit and Exhibits)

1.) Failed to properly compute and/or calculate IRC Sec. 83 -- Property Transferred in Connection with Performance of Service.

2.) Failed to establish the liability and implementing regulations.

3.) Assessment Erroneous Including Interest and Penalties.

4.) Failed and Refused to Identify the "Occurrence of the Event" that Created the Alleged Liability.

5.) Misapplication of IRC 6651 penalty assessment.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

*Harry Pollinger*                                            9-28-05
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)      Date

............................................................................................
Signature                                                      Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 11-2002)

| Form **12277**<br>(Rev. June 2004) | Department of the Treasury - Internal Revenue Service<br>**Application for Withdrawal of Filed<br>Form 668(Y), Notice of Federal Tax Lien**<br>*(as based on Internal Revenue Code Section 6323(j))* |
|---|---|

### General Instructions

1. Attach a copy of the Form 668(Y), *"Notice of Federal Tax Lien "*, affecting the property, if available. You may also provide other documentation that you feel substantiates your request. If the information you supply is not complete, it may be necessary for the Technical Services Group Manager to obtain additional information before issuing the notice of withdrawal.

2. Please mail your request to the IRS, ATTN: Technical Services Group Manager, in the area where you live. Use Publication 4235, *"Technical Services Group Addresses "*, to determine where to mail your application.

3. If a determination is made to withdraw the filed Form 668(Y), we'll send you a Form 10916(c), *"Withdrawal of Filed Notice of Federal Tax Lien "*, and we'll notify your creditors if you provide the names and addresses of the credit reporting agencies or financial institutions.

4. If, at a later date, additional copies of the Form 10916(c) are needed, you must provide a written request to the Technical Services Group Manager. The request must provide the following information:

   **a.** the name, current address and taxpayer identification number of the person requesting that the credit reporting agency, financial institution or creditor be notified of the withdrawal of the Notice of Federal Tax Lien;

   **b.** a copy of the notice of withdrawal, if available; **and**

   **c.** a list of the names and addresses of any credit reporting agencies, financial institutions, or creditors that you want notified of the withdrawal of the filed Form 668(Y).

   **NOTE:** This document also serves as our authority to release the notice of withdrawal information to the agencies or financial institutions you have identified.

| 1. Name *(First, Middle Initial, Last)*<br><br>Harry Pollinger | 2. SSN or EIN<br>Exempt (b)(6) |
|---|---|

| 3. Address *(Number, Street, P.O. Box)*<br><br>c/o PO Box 6577 | | |
|---|---|---|

| 4. City<br><br>Destin | 5. State<br>Florida | 6. ZIP code<br>32550 |
|---|---|---|

7. Reason for requesting withdrawal of the filed Notice of Federal Tax Lien *("x" appropriate box and, on a separate sheet, explain the events that occurred.)*

   [X]  a. The notice was filed prematurely, or not in accordance with IRS procedures.

   [ ]  b. The taxpayer entered into an installment agreement to satisfy the liability on the lien *(unless the agreement provides otherwise).*

   [ ]  c. The withdrawal will facilitate collection of the tax, **or**

   [X]  d. The withdrawal would be in the best interest of both the taxpayer *(as determined by the Taxpayer Advocate)* and the government.

| **Affirmation** | Under penalties of perjury, I declare that I have examined this application *(including any accompanying schedules, exhibits, affidavits, and statements)* and, to the best of my knowledge and belief, it is true, correct and complete. |
|---|---|
| | Signature *(Taxpayer or Representative)*<br><br>*Harry Pollinger* | Date<br><br>9/28/05 |

# Collection Appeal Request

| 1. Taxpayer's Name | 2. Representative: (Form 2848, Power of Attorney Attached) |
|---|---|
| Harry Pollinger | N/A |

| 3. SSN/EIN | 4. Taxpayer's Business Phone | 5. Taxpayer's Home Phone | 6. Representative's Phone |
|---|---|---|---|
| Exempt (b)(6) | N/A | N/A | N/A |

**7. Taxpayer's Street Address**

PO Box 6577

| 8. City | 9. State | 10. Zip Code |
|---|---|---|
| Destin | Florida | 32550 |

| 11. Type of Tax (Tax Form) | 12. Tax Periods Being Appealed | 13. Tax Due |
|---|---|---|
| 1040A | 12/31/2000 | Alleged $4,243.04 |

## Collection Action(s) Appealed

**14. Please Check the Collection Action(s) You're Appealing:**

[✓] Federal Tax Lien          [ ] Denial of Installment Agreement

[ ] Levy or Notice of Levy     [ ] Termination of Installment Agreement

[ ] Seizure

## Explanation

**15.** Please explain why you disagree with the collection action(s) you checked above and explain how you would resolve your tax problem. Attach additional pages if needed. Attach copies of any documents that you think will support your position.

(See Attached Recorded Notice and Demand w/Affidavit and Exhibits)

1.) Failed to properly compute and/or calculate IRC Sec. 83 -- Property Transferred in Connection with Performance of Service.

2.) Failed to establish the liability and implementing regulations.

3.) Assessment Erroneous Including Interest and Penalties.

4.) Failed and Refused to Identify the "Occurrence of the Event" that Created the Alleged Liability.

5.) Misapplication of IRC 6651 penalty assessment.

---

Under penalties of perjury, I declare that I have examined this request and the attached documents, and to the best of my knowledge and belief, they are true, correct and complete. A submission by a representative, other than the taxpayer, is based on all information of which preparer has any knowledge.

| 16. Taxpayer's or Authorized Representative's Signature | 17. Date |
|---|---|
| *Harry Pollinger* | 9-28-05 |
| 18. Collection Manager's Signature | 19. Date Received |

Form 9423 (Rev. 01-1999)    Catalog Number 14169I    (Over)    Department of the Treasury – Internal Revenue Service

**EXHIBIT "B"**

Collection Due Process Hearing extension letter
(1 page)

**Internal Revenue Service**
Appeals Office
801 Tom Martin Dr., Suite 237
Birmingham, AL  35211

**Department of the Treasury**

**Person to Contact:**
  Thomas M. Owens
  Employee ID Number: 72-19200
  Tel:  (205)912-5442
  Fax:  (205)912-5445

Date:  September 13, 2005

**Refer Reply to:**
  AP:FE:BIR:TMO

HARRY POLLINGER
POST OFFICE BOX 6577
DESTIN FL  32550

**In Re:**
  Collection Due Process - Levy
**Tax Period(s) Ended:**
  12/2000 12/2001

Dear Mr. Pollinger:

Thank you for your correspondence of September 7, 2005.  I will be glad to conduct your conference via correspondence as you have requested. I do not understand why you need a 30 day extension to prepare and submit your information, especially since you made your Collection Due Process request in April 2005.  It is customary to grant a two week extension if the taxpayer requests it however, and I will be glad to do that in this case.  Please send your information so that it is received by me no later than October 5, 2005.

The information that was requested from you previously is still needed if you wish to be considered for collection alternatives – namely a completed Form 433-A and your completed income tax returns for 1999, 2003 and 2004.  If you have any questions, please feel free to write or call me.

In addition, please be aware that a determination will be made on your case after the October 5 due date. If no additional information has been received from you, the determination will be based on the information already in Service files.

Sincerely,

Tom Owens

Thomas M. Owens
Settlement Officer

**EXHIBIT "C"**
Notice and Affidavit of Facts to Collection Due Process Hearing
(2 pages)

FILE # 2266665 RCD: 10/03/2005 @ 12:38 PM, BK: 2655 PG: 4752 RECORDING:
$321.00   RECORDING ARTICLE V:  $284.00    DEPUTY CLERK TSADLER DON W. HOWARD,
CLERK OF COURTS, OKALOOSA COUNTY FL

**Return to:**
**Harry Pollinger**
**c/o PO Box 6577**
**Destin, Florida [PZ 32550]**

_____ (Space above the line for recording data)_____

## NOTICE AND AFFIDAVIT OF FACTS AND CORRESPONDENCE
## TO COLLECTION DUE PROCESS HEARING

State of Florida            )
                            ) ss:
County of OKALOOSA )

NOTICE IS HEREBY GIVEN: Harry Pollinger, on this 3 RD day of OCTOBER 2005, officially records this Notice and Affidavit of Facts and Correspondence to Collection Due Process Hearing. Harry Pollinger, hereinafter referred to as "Affiant," is in possession of your CDP hearing acknowledgement letter dated September 13, 2005 (See Exhibit A) and presents Appeals Settlement Officer Thomas M. Owens or other authorized officer(s) the following Affidavit of Facts and Correspondence/Information with exhibits in support regarding requested Collection Due Process Hearing for tax periods ending 12/2000 and 12/2001.

This constructive notice and affidavit of facts are conditional acceptances and averments are submitted under the protection of the Joint Committee on Taxation - 109th Congress, Equal Access to Justice Act, IRS Restructuring and Reform Act of 1998 § 1203 – Treasury Directive 8980 effective January 18, 2002 and the Administrative Procedures Act at 5 U.S.C. § 552 et. seq., regarding Department of the Treasury Internal Revenue Service Collection Due Process Hearing. Affiant states under penalty of perjury under the laws of the State of Florida and upon oath and affirmation the following statements herein are true and correct.

AFFIDAVIT OF CORRESPONDENCE TO CDPH            1 of 13            Harry Pollinger

*"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading...This sort of deception will not be tolerated and if this is the routine it should be corrected immediately."* United States vs. Tweel, 550 F. 2d 297

**REMINDER:** Please adhere to the principles set out in 26 CFR § 601.106 Rule I. *An exaction by the U.S. Government, which is not based upon law, statutory or otherwise, is taking of property without due process of law, in violation of the Fifth Amendment to the U.S. Constitution.* Accordingly, an Appeals representative in his or her conclusion of fact and application of law, shall hew to the law and the recognized standard of legal construction. *It shall be his or her duty to determine the correct amount of tax, with strict impartiality between the taxpayer and the Government.* **(See Exhibit B)**

I, Harry Pollinger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1), that this document was prepared by me and I believe the above to be true and correct to the best of my knowledge, understanding.

Signature: ___Harry Pollinger___
Harry Pollinger, Affiant

State of Florida    )
                 ) ss:
County of OKALOOSA )

I certify on this __3rd__ day of __October__, 2005 that I know or have satisfactory evidence that Harry Pollinger is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Witness my hand and official seal: _____
Signature of Notary

[seal: STEPHANIE C GONZALES
Notary Public - State of Florida
My Commission Expires Feb 22, 2009
Commission # DD 398861
Bonded By National Notary Assn.]

My Commission Expires: __Feb 22, 2009__

**ATTACHMENTS:**

**EXHIBIT A:** CDP Hearing Acknowledgement Letter / CERTIFICATE OF OFFICIAL RECORD / IRS Letter 3219 / IRS Form 5564 – NOTICE OF DEFICIENCY-WAIVER / IRS Form 4549 – Income Tax Examination Changed / IRS Form 886-A – EXPLANATION OF ITEMS
**EXHIBIT B:** 26 U.S.C. 601.106 Rule I. Exaction
**EXHIBIT C:** 26 U.S.C. 601.201 Rulings and Determinations Letter
**EXHIBIT D:** IRS Mission Statement Publication 1 and Publication 556
**EXHIBIT E:** IRM 5.1.11.9 IRC 6020(b) Authority
**EXHIBIT F:** 26 CFR § 1.83-1- Property Transferred in Connection with the Performance of Services & Applicable Regulations, 26 USC § 1.212-1(a)(1) and (2), 26 USC § 1.1001-1

**EXHIBIT "D"**

Notice and Demand for Abatement of Alleged Federal Income Tax Liability with
Form 843 -- Claim for Abatement and Form 12261 -- Disputed Issue Verification
(5 pages)

Return to:
Harry Pollinger .
c/o PO Box 6577
Destin, Florida [PZ 32550]
_____ (Space above the line for recording data)_____

# NOTICE AND DEMAND FOR ABATEMENT OF
# ALLEGED FEDERAL INCOME TAX LIABILITY

### Affidavit of Fact – Notice and Demand Service Employee(s) Respond to Correspondence – Regarding Claim for Refund and Request for Abatement of IRS Notice CP-504

State of Florida      )
                    ) ss:
County of Walton   )

**NOTICE IS HEREBY GIVEN:** Harry Pollinger, on this 21 day of Oct. 2005, officially records this Affidavit of Fact – Notice and Demand Service Employee(s) Respond to Correspondence – Claim for Refund and Request for Abatement extinguishing your claim of an alleged federal income tax liability stated on your Notice CP 504, "We Intend to Levy on certain assets. Please Respond NOW" dated 10/10/2005. The issuance of your administrative Notice CP 504 is the precursor to the taking of personal property in violation of the due process clause and is a "Bill of Attainder" in violation of the Constitution for the United States of America at Article I, § 9 Clause 3, and Article I, § 10, Clause 1, stating in part: "No Bill of Attainder . . . shall ever pass." "*A bill of attainder is a legislative act which applies to named individuals or to easily ascertained members of a group in such a way as to inflict punishment on them without judicial trial*. *United States v. Brown*, 381 U.S. 437, 14 L. Ed. 2d 484, 85 S. Ct. 1707 (1965), In order to be termed a bill of attainder, a law must: (1) specify the affected persons; (2) impose punishment; and (3) lack a judicial trial. *Selective Serv. Sys. v. Minn. Pub. Interest Research Group*, 468 U.S. 841, 847 (1984).

This constructive notice and verified compliant is a conditional acceptance and specific negative averment under the protection of the Joint Committee on Taxation - 109th Congress, Equal Access to Justice Act, IRS Restructuring and Reform Act of 1998 § 1203 – Treasury Directive 8980 effective January 18, 2002 and the Administrative Procedures Act at 5 U.S.C. § 552 et. seq., regarding Department of the Treasury Internal Revenue Service Notice CP 504. Affiant states under penalty of perjury under the laws of the State of Florida and upon oath and affirmation the following statements herein are true and correct.

demanding that you review your records to correctly reflect Affiant's status as required by 5 U.S.C. § 552a(d)(2)(B)(i). Further Affiant requests acknowledgment with IRS Letter 3000(C), or any letter and/or notice that supercedes IRS Letter 3000(C) for purposes of acknowledging the receipt of Affiant's correspondence and/or Letter 2358C notifying Affiant that this account is resolved.

I, Harry Pollinger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1), that this document was prepared by me and I believe the above to be true and correct to the best of my knowledge, understanding.

Signature: 

Harry Pollinger, Affiant

State of Florida        )
                        ) ss:
County of Walton        )

I certify on this 21 day of Oct., 2005 that I know or have satisfactory evidence that Harry Pollinger is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Witness my hand and official seal: _____

Signature of Notary

My Commission Expires: Feb 22, 2009

> STEPHANIE C GONZALES
> Notary Public · State of Florida
> My Commission Expires Feb 22, 2009
> Commission # DD 398961
> Bonded By National Notary Assn.

## INCLUSIONS:

IRS Form 12661 – **Disputed Issue Verification**
IRS Form 843 – **Claim for Refund and Request for Abatement**

## ATTACHMENTS:

**EXHIBIT A:** IRS Notice CP504
**EXHIBIT B:** "Results Page" -- referencing Walton County's public records.

Mail to:

**Department of the Treasury**
Internal Revenue Service
Area Director, Chief Special Procedures
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 1350 0003 5907 9010

**Department of the Treasury**
Internal Revenue Service
Technical Service Group Manager
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 1350 0003 5907 9003

**Department of the Treasury**
Internal Revenue Service
District Director
Attn: Chief, Special Procedures
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 1350 0003 5907 8990

**Department of the Treasury**
Internal Revenue Service
Memphis, TN 39101-0249
Certified Mail #. 7004 1350 0003 5907 89836009 1315

Form **843**
(Rev. November 2002)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.

**Do not use Form 843 if your claim is for—**
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name of claimant **Harry Pollinger** | Your SSN or ITIN **EXEMPT (b)(6)** |
|---|---|
| Address (number, street, and room or suite no.) **c/o PO box 6577** | Spouse's SSN or ITIN **: N/A :** |
| City or town, state, and ZIP code **Destin, Florida 32550** | Employer identification number (EIN) **: N/A** |
| Name and address shown on return if different from above **N/A** | Daytime telephone number **( ) N/A** |

**1** Period. Prepare a separate Form 843 for each tax period
From **12 / 31 / 2001** to **12 / 31 / 2002**

**2** Amount to be refunded or abated
$ **34,905.42 (Abatement)**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment   ☐ Estate   ☐ Gift   ☑ Excise (see instructions)
☑ Penalty—IRC section ▶ **6651 & 6601**

**b** Type of return filed (see instructions):
☐ 706   ☐ 709   ☐ 940   ☐ 941   ☐ 943   ☐ 945   ☐ 990-PF   ☐ 4720   ☑ Other (specify) **SFR**

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☑ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **N/A**

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**(See Attached Recorded Notice and Demand... referencing Public Record)**

1.) Failed to properly compute and/or calculate IRC Sec. 83 – Property Transferred in Connection with Performance of Service.

2.) Failed to establish the liability and implementing regulations.

3.) Assessment Erroneous including Interest and Penalties.

4.) Failed and Refused to identify the "Occurrence of the Event" that Created the Alleged Liability.

5.) Misapplication of IRC 6651 penalty assessment.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

*Harry Pollinger*
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)     Date **10-21-05**

Signature     Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 10180R     Form **843** (Rev. 11-2002)

| Form **12661**<br>(September 2000) | Department of the Treasury - Internal Revenue Service<br><br>## Disputed Issue Verification |

Taxpayer name

## Harry Pollinger

| Tax period<br><br>**12/31/2002** | Social Security Number<br><br>EXEMPT (b)(6) |

**Instructions for completing disputed issues**

Please complete a separate block for each issue or adjustment with which you disagree.

Attach photocopies of supporting information for each issue or adjustment marked. Number the supporting information with the same number as its disputed issue. If you need additional blocks, photocopy additional sheets and number accordingly.

1. Disputed issue or adjustment

## Mathematical & Accounting Errors Regarding Liability

Reason why you disagree with the audit results

## See: Notice and Demand... referencing Public Record

| Amount claimed on original return<br><br>**SFR filed by IRS** | Amounts allowed on Audit report<br><br>**?** |

2. Disputed issue or adjustment

Reason why you disagree with the audit results

| Amount claimed on original return | Amounts allowed on Audit report |

3. Disputed issue or adjustment

Reason why you disagree with the audit results

| Amount claimed on original return | Amounts allowed on Audit report |

**Do not send original documents — Send photocopies only**

*Harry Pollinger*        10-21-05
**Privacy Act Notice**

The Privacy Act of 1974 says that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law. This notice applies to tax returns and any papers filed with them. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 and its regulations say that you must show your social security number or individual taxpayer identification number on what you file.

**EXHIBIT "E"**

Response letters from Senators Bill Nelson and Mel Mart
(2 pages)

MEL MARTINEZ
FLORIDA

(202) 224-3041

COMMITTEES:
AGING
BANKING
ENERGY AND NATURAL RESOURCES
FOREIGN RELATIONS

# United States Senate

WASHINGTON, DC 20510-0906

October 18, 2005

Mr. Harry Pollinger
PO Box 6577
Destin, Florida 32550

Dear Mr. Pollinger:

Thank you for contacting my office for assistance regarding the Internal Revenue Service. Your concerns are very important to me. Therefore, I have forwarded your letter to the appropriate staff member so that this matter may be thoroughly reviewed and the best course of action determined. Once your case has been evaluated, you will be contacted regarding any assistance my office can provide.

Sincerely,

Mel Martinez
United States Senator

MM/mbh



# United States Senate
### WASHINGTON. DC 20510–0905

**BILL NELSON**
**FLORIDA**

November 10, 2005

Mr. Harry Pollinger
Post Office Box 6577
Destin, Florida 32550

Dear Mr. Pollinger:

Thank you for contacting my office regarding the Federal Tax Lien against you. I appreciate being made aware of your concerns and will be pleased to look into this matter.

Currently, I am in touch with the Taxpayer Advocate Service on your behalf. As soon as I have a response, I will share the results with you.

Again, thank you for contacting my office. I want you to know that as your U.S. Senator from Florida, I welcome the opportunity to serve you. If I can assist you with any other matter, please do not hesitate to let me know.

Sincerely,

Bill Nelson

BN/dk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Pollinger, | ) | Case No. 06-cv-01885-CKK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, a Federal | ) | |
| Corporation, GREGORY COLLIER, C. | ) | |
| SHERWOOD, R. A. and MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

_____

## ORDER

Having considered the plaintiff's response in opposition to defendants' motion to dismiss, together with a memorandum in support thereof, and any opposition thereto, the Court concludes that the defendants' motion to dismiss should be denied.  Accordingly, it is this _____ day of _____, 2007

**ORDERED** that defendants' motion to dismiss be and is **DENIED**; and it is further

**ORDERED** that the Clerk shall distribute conformed copies of this order to the representative of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1

COPIES TO:

Beatriz T. Saiz, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 227
Washington, DC 20044

Harry Pollinger
c/o  PO Box 6577
Destin, Florida [32550]