UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY POLLINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Civil Action No. 06-1885 (CKK) |

ORDER
(March 25, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 25th day of March, 2008, hereby

**ORDERED** that Defendants' [7] Motion to Dismiss Plaintiff's Complaint is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that Gregory Collier, C. Sherwood, and R.A. Mitchell are DISMISSED as defendants to this action; it is further

**ORDERED** that Counts X, XVIII, XIX, XX, and XXI of Plaintiff's Complaint are DISMISSED for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); it is further

**ORDERED** that Counts I, IV, V, VI VII, IX, XI, XII, XIII, XIV, XV, XVI, and XVII of Plaintiff's Complaint are DISMISSED for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); it is further

**ORDERED** that Defendants' motion to dismiss the remaining Counts of Plaintiff's Complaint–Counts II, III, and XVIII–is DENIED without prejudice; it is further

**ORDERED** that, on or before April 25, 2008, the United States shall either move to dismiss Counts II, III, and XVIII of Plaintiff's Complaint for failure to exhaust administrative remedies or, in the alternative, shall notify the Court that no such argument shall be raised, so that the Court can set an Initial Scheduling Conference in this action.

**SO ORDERED.**

/s/<br>
COLLEEN KOLLAR-KOTELLY<br>
United States District Judge