Harry Pollinger
c/o PO Box 6577
Destin, Florida [32550]
(850) 376-6088

Plaintiff, in *pro se*                                    Certified Mail No. 7007 0220 0003 6956 4797

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Pollinger, ) | Case No. 06-cv-01885-CKK |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL WITHOUT PREJUDICE** |
| ) | |
| UNITED STATES OF AMERICA, a Federal ) | |
| Corporation, GREGORY COLLIER, C. ) | **Fed.R.Civ.P. Rule 41** |
| SHERWOOD, and R. A. MITCHELL, ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Harry Pollinger ("Plaintiff") hereby dismissing the above-captioned action by filing this Verified Notice of Voluntary Dismissal without prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i).

1. On or about November 2, 2006, the above Plaintiff, Harry Pollinger filed this action.

2. On or about March 2, 2007, Defendant UNITED STATES filed a Motion to Dismiss.

3. On or about April 19, 2007, Plaintiff filed response to Defendants' Motion to Dismiss.

4. On or about March 25, 2008, it was ordered that all Counts be dismissed and the Defendant respond to Counts II, III and XVIII of Plaintiff's Complaint by April 25, 2008.

5. Dismissal of an action by Notice under certain conditions is found in Fed.R.Civ.P. 41(a)(1)(i). Dismissal of Actions:

   (A) Voluntary Dismissal: Effect Thereof.

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) By Plaintiff; By Stipulation.

"Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) *by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs . . .*"

6. From the date of filing this Notice of Voluntary Dismissal, Defendants have not served an answer to the Complaint or filed a motion for summary judgment (see Doc. No. 1 through 13).

WHEREFORE, in the interest of judicial economy, the Plaintiff hereby dismisses this action without prejudice for the reasons stated herein.

Respectfully submitted.

## VERIFICATION

I, Harry Pollinger, declare under penalty of perjury under the laws of the United States of America and of the state of Florida, that the foregoing is true and correct.

Respectfully entered this __9__ day of April, 2008

*Harry Pollinger*
Harry Pollinger

## CERTIFICATE OF MAILING

On April 9, 2008, I, Harry Pollinger, hereby certify that I mailed a true and correct copy of the above-verified notice of voluntary dismissal of action without prejudice by certified mail postage fully prepaid, addressed to the following:

Beatriz T. Saiz, Trial Attorney
U.S. Department of Justice
Ben Franklin Station
P.O. Box 227
Washington, DC 20044
Certified Mail No. 7007 0220 0003 6956 4759

C Sherwood
Director of Collection Policy
IRS Nat'l Headquarters
5000 Ellin Road
Lanham, MD 20706
Certified Mail No. 7007 0220 0003 6956 4766

Gregory Collier
Area 5, SB/SE Lien Unit
125 W Romana St, Suite 300
Pensacola FL 32502
Certified Mail No. 7007 0220 0003 6956 4773

R. A. Mitchell
Director of Campus Compliance
Internal Revenue Service
PO Box 145585, Stop 8420G
Cincinnati, OH 45250-5585
Certified Mail No. 7007 0220 0003 6956 4780

Dated this 9 day of April, 2008

_Harry Pollinger_
Harry Pollinger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Pollinger,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, a Federal Corporation, GREGORY COLLIER, C. SHERWOOD, and R. A. MITCHELL,<br><br>　　　　　　Defendants. | Case No. 06-cv-01885-CKK<br><br>ORDER OF DISMISSAL OF ACTION |

After review of the Notice of Voluntary Dismissal without Prejudice, filed by Plaintiff Harry Pollinger, and review of the record; for good cause showing, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

On this ___ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE