IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Pollinger, | ) | |
| | ) | Case No. 06-cv-01885-CKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL OF ACTION |
| UNITED STATES OF AMERICA, a Federal | ) | |
| Corporation, GREGORY COLLIER, C. | ) | |
| SHERWOOD, and R. A. MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

After review of the Notice of Voluntary Dismissal without Prejudice, filed by Plaintiff Harry Pollinger, and review of the record, ~~for good cause showing~~, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

On this 16th day of April 2008.

_____
UNITED STATES DISTRICT JUDGE